REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Stephen C. Robinson<br>U.S. District Judge | OFFENSE: 8 USC 1324(a)(2)(B) Bringing in an Illegal Alien Without Presentation |
| | | ORIGINAL SENTENCE: 15 months imprisonment and three years of supervised release |
| FROM: | Amelia A. Ceballos<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>Not possess any firearm, explosive device or other dangerous weapon; submit to a search of person, property, residence, or vehicle, at a reasonable time and in a reasonable manner, by the probation officer, Not associate knowingly with alien smugglers, not enter the Republic of Mexico without written permission of the Court or probation officer, Report all vehicles owned or operated, or in which you have an interest, to the probation officer.</u> |
| | | AUSA: Margery B. Feinzig |
| RE: | Andres Castro<br>Docket # 07 CR 250-01(SCR) | |



DATE OF SENTENCE: May 9, 2005

DATE: January 10, 2008     MED: January 5, 2009

ATTACHMENTS:   PSI X   JUDGMENT X   PREVIOUS REPORTS
              VIOLATION  PETITION

REQUEST FOR:   WARRANT___   SUMMON ___   COURT DIRECTION  X

---

**REQUEST FOR EARLY TERMINATION**

**Compliance With Conditions of Supervision:**

On May 9, 2005, Castro was sentenced by the Honorable Jeffrey T. Miller, USDJ in the Southern District of California. The offender has been under the supervision with the Probation Office in the Southern District of New York, in Middletown, NY, since January 8, 2006. On March 13, 2007, the Honorable Jeffrey T. Miller transferred jurisdiction from the Southern District of California to the Southern District of New York. On April 6, 2007, the Honorable Stephen C. Robinson accepted transfer of jurisdiction in the Southern District of New York.

Castro, Andres                                                          P48124/A.A.Ceballos
Request For Early Termination          2
Docket #07 CR250-01(SCR)


The offender resides with his wife and three daughters at 24 Harris- Bushville Road, Harris, NY 12742. The offender reports to this office as directed and provides all required materials in a timely manner. Home visits have also been conducted on a regular basis. Criminal record checks conducted throughout the term of supervision have revealed no additional criminal involvement on the part of Castro. He has maintained compliance with all supervision conditions. Castro has now completed two years of the three year term of supervised release without incident.

Pursuant to 18 USC 3583(e)(1) the Court is permitted to terminate a term of supervised release at any time after the expiration of one year of supervised release if it is satisfied that such action is warranted by the conduct of the defendant and in the interest of justice.

### U.S. Attorney's Position:

We have contacted the U.S. Attorney's Office and they have no opposition to our request for early termination.

### Recommendation:

We believe this offender has made a positive adjustment to supervision and feel at this time that justice has been served and further community supervision is not necessary. We respectfully recommend early termination be granted at this time. Should Your Honor concur, kindly sign below and the attached Probation Form 35.

                                                          Respectfully Submitted,

                                                          CHRIS J. STANTON
                                                          Chief U.S. Probation Officer

                                                          Amelia Ceballos
                                                          Amelia A. Ceballos
                                                          U.S. Probation Officer

Approved by: _Harold N. Grant_  1/11/08
             Harold N. Grant          Date
             Supervising U.S. Probation Officer

Castro, Andres                                                   P48124/A.A.Ceballos
Request For Early Termination           3
Docket #07 CR250-01(SCR)

__✓__  The Court orders early termination of the term of supervised release.

_____  The Court denies early termination of the term of supervised release.

_____  Other _____
_____
_____

3/10/08
Date

Honorable Stephen C. Robinson
U.S. District Judge